# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| J.A.Z. Marketing, Inc., | ) | |
| | ) | Civil No. 11-CV-03708 (PJS/JJG) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' MOTION TO** |
| | ) | **DISMISS/TRANSFER** |
| Velocity Micro, Inc. and Randall P. Copeland, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants Velocity Micro, Inc. and Randall P. Copeland, by and through their counsel, hereby move the Court to dismiss this action pursuant to Rules 12(b)(3) and/or (6) of the Federal Rules of Civil Procedure, or, in the alternative, to transfer this action to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a).  This motion is based upon the memorandum of law and accompanying documents to be filed pursuant to Local Rule 7.01, any further evidence and argument to be presented at or before the hearing, and all of the files, records, and proceedings herein.

DATED:  January 3, 2012.            NILAN JOHNSON LEWIS PA


By    s/Benjamin C. Johnson
     Cynthia P. Arends          Reg. No. 301735
     Andrew J. Sveen            Reg. No. 388738
     Benjamin C. Johnson        Reg. No. 391482
     400 • One Financial Plaza
     120 South Sixth Street
     Minneapolis, Minnesota 55402
     Phone:  612-305-7500
     Facsimile:  612-305-7501
     Email: carends@nilanjohnson.com
            asveen@nilanjohnson.com
            bcjohnson@nilanjohnson.com

     ATTORNEYS FOR DEFENDANTS VELOCITY
     MICRO, INC. and RANDALL P. COPELAND