## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| J.A.Z. Marketing, Inc., | ) |
| Plaintiff, | ) Civil No. 11-CV-03708 (PJS/JJG) ) ) |
| v. | ) **NOTICE OF HEARING ON** |
| Velocity Micro, Inc. and Randall P. Copeland, | ) **DEFENDANTS' MOTION TO** ) **DISMISS/TRANSFER** ) |
| Defendants. | ) ) |

TO: Plaintiff above-named and its attorney, Craig M. Mertz, 7955 Stone Creek Drive, Suite 10, Chanhassen, MN 55317.

**PLEASE TAKE NOTICE** that on April 13th, 2012, commencing at 8:30 a.m., before the Honorable Patrick J. Schiltz, in Courtroom 14E, 300 South Fourth Street, Minneapolis, Minnesota, Defendants Velocity Micro, Inc. and Randall P. Copeland will move this court to dismiss this action pursuant to Rules 12(b)(3) and/or (6) of the Federal Rules of Civil Procedure, or, in the alternative, to transfer this action to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a).

2

DATED: January 3, 2012.   NILAN JOHNSON LEWIS PA

By   s/ Benjamin C. Johnson
Cynthia P. Arends   Reg. No. 301735
Andrew J. Sveen   Reg. No. 388738
Benjamin C. Johnson   Reg. No. 391482
400 • One Financial Plaza
120 South Sixth Street
Minneapolis, Minnesota 55402
Phone: 612-305-7500
Facsimile: 612-305-7501
Email: carends@nilanjohnson.com
　　　　asveen@nilanjohnson.com
　　　　bcjohnson@nilanjohnson.com

ATTORNEYS FOR DEFENDANTS VELOCITY MICRO, INC. and RANDALL P. COPELAND